FRANK L. STOWELL, Respondent, *v.* GEORGE T. HAZELETT et al., Appellants.

(Submitted May 29, 1876; decided June 6, 1876.)

THIS was an action brought by plaintiff as judgment creditor of defendant Hazelett to set aside a mortgage executed by him to defendant McIntosh as in fraud of creditors. The principal questions presented were upon the evidence, the court holding that it was sufficient to sustain the judgment. Plaintiff's counsel offered, and was permitted to prove under objection and exception, declarations of Hazelett made before the execution of the mortgage, said counsel stating that he claimed the testimony only as evidence against Hazelett. *Held*, no error; that it was to be inferred that the referee only received and considered it with that limit.

Plaintiff's counsel offered in evidence the testimony of Hazelett, given on a former trial. This was objected to by counsel acting for both defendants generally. No specific objection to the receipt of the evidence as against McIntosh was taken. The objection was overruled. *Held*, no error; that the evidence was proper as against Hazelett, and the referee was right, therefore, in overruling an objection which sought to exclude it entirely.

*George T. Spencer* for the appellants.

*D. H. Bolles* for the respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.